The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE BILL & MELINDA GATES FOUNDATION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PNUVAX INCORPORATED,<br><br>　　　　　　　　　Defendant. | No. 2:19-cv-00308-BJR<br><br>[PROPOSED] ORDER OF DISMISSAL |

Based upon The Bill & Melinda Gates Foundation's Notice of Voluntary Dismissal,

1. This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); and

2. Each party to this action is responsible for its own costs, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

ENTERED this ____ day of _____ 2019.

[PROPOSED] ORDER OF DISMISSAL - 1
Case No. 2:19-cv-00308-BJR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1
2
3
_____
4  BARBARA J. ROTHSTEIN
   UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER OF DISMISSAL - 2
Case No. 2:19-cv-00308-BJR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022